IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVE SOTO                                                                                   PLAINTIFF

v.                            Case No. 3:12CV00244-JTK

CAROLYN COLVIN, *Acting Commissioner*,
Social Security Administration                                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 28th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE